**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 10 MAL 2015
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
ANTHONY K. SCOTT, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.